IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| | : |
| RASHIMA SOPHIA JOSEPH, | : CASE NO. 17-57345-BEM |
| | : |
| Debtor. | : |
| | : |
| _____ | : |
| CAPITAL ONE AUTO FINANCE, A | : |
| DIVISION OF CAPITAL ONE, N.A., | : |
| | : |
| Movant, | : |
| | : CONTESTED MATTER |
| v. | : |
| | : |
| RASHIMA SOPHIA JOSEPH, Debtor; | : |
| and MARY IDA TOWNSON, Trustee, | : |
| | : |
| Respondents. | : |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW Capital One Auto Finance, a division of Capital One, N.A. (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On April 24, 2017, Rashima Sophia Joseph ("Debtor") filed a *second* Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court. Debtor filed a prior Chapter 13 case, Case 15-51845-BEM, on January 30, 2015 before dismissing it voluntarily on June 9, 2015. Debtor also received a Chapter 7 discharge in prior case 11-61537-PWB on July 26, 2011.

2.

Movant has a net claim in this case in the approximate amount of $18,854.69 secured by a 2013 Dodge Journey (the "Collateral").

3.

Debtor's Chapter 13 Plan proposes to pay Movant's secured claim of $18,854.69 at $11,500.00 at 4.25% interest, with $50.00 monthly pre-confirmation adequate protection payments and $50.00 monthly post-confirmation payments until February 2018, when payments will increase to $685.00.

4.

Movant should receive no less than retail value. The NADA value for the month this case was filed was $12,300.00. See attached a copy of the referenced NADA value. After including the remaining $782.50 value of the GAP Insurance and Service Warranty, the value adjusts to $13,082.50. The plan must be amended to pay Movant the appropriate value. Debtor also claims a mileage of 75,000, resulting in a $725.00 deduction. Evidence supporting any deductions must be provided in order for the value to reflect said deductions.

5.

Debtor's proposed interest rate of only 4.25% is not *Till* compliant. It provides a risk factor that is only 1/4 point above the *prime* rate. The prime rate of interest was 4.00% the month this case was filed. This current case is Debtor's second Chapter 13 case since receiving a Chapter 7 discharge and purchasing the Collateral, as well as Debtor's first Chapter 13 case for which she is eligible for a discharge. With each filing, the amount of the Movant's claim secured by the value of the Collateral decreases as the Collateral depreciates through use and over time. Given Debtor's bankruptcy history, *Till* suggests the appropriate risk factor in this case to be 9.75%. Accordingly, the plan cannot be confirmed without an interest rate of at least 9.75%.

6.

The Collateral is depreciating through use and over time and the Debtor is not adequately protecting Movant's interest in the Collateral. Debtor is not proposing an appropriate pre-confirmation adequate protection payments in violation of 11 U.S.C. Section 1326(a)(1)(C).

Debtor's plan proposes to pay $50.00 to Movant until February 2018. During this time, Debtor's counsel is set to receive $635.00 each month, or 87% of the monthly payment to the Trustee. This is bad faith. Movant should receive no less than $345.00 per month retroactively for pre- and post-confirmation payments prior to any step increase.

Any increase in pre-confirmation adequate protection payments prior to Confirmation

needs to be made to have the effect of being retroactive to the filing date to pay Movant the correct amount of adequate protection (i.e., a lump sum amount that will be enough to make up for the difference in adequate protection previously disbursed by the Trustee and what Movant is entitled to).

7.

This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6). Debtor bears the burden of proving all elements of confirmation, including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J.

8.

The specific terms of the proposed plan itself are not proposed in good faith in violation of 11 U.S.C. §1325(a)(3).

9.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

10.

Movant would like to ensure that their claim will be paid properly and the Debtor's attorney will not take up too much of the available money after confirmation. Movant would like to see the Trustee disburse funds immediately to the secured creditors in the case.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This June 6, 2017.

                                              The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant

By:   /s/Philip L. Rubin
      Philip L. Rubin
      Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com

# N.A.D.A. Official Used Car Guide
# Vehicle Valuation
Print Date: June 1, 2017

Customer: Joseph, Rashima
File No.: COAF-1011498

Vehicle Description: 2013 DODGE TRUCK Journey-4 Cyl. Utility 4D SE 2WD
VIN: 3C4PDCABXDT584226

## Base Values

Retail: $ 12300.00          Wholesale/Trade-in: $ 9950.00

## Optional Equipment/Adjustments

| | | |
|---|---|---|
| Estimated Miles | 75000 | $ -725.00 |
| GAP Insurance | | 160.71 |
| Service Warranty | | 1479.00 |

## Total Adjusted N.A.D.A. Used Car Guide Values

Retail: $ 13214.71          Retail/Wholesale Average: $ 12039.71

Reference 04/2017 Southeastern, miles taken from SCH-B

**53   DODGE**

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 38075 | 39975 | 41550 | Mega Cab Limited (4WD) | R5P | 55995 | 7206 | 37400 | 45300 |

**2014 RAM 3500 PICKUP-1 Ton-I6-Dual Rear Wheels**     Mileage Class: III

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 25775 | 27550 | 29000 | Regular Cab Tradesman | R(2/P)A | 30355 | 5982 | 26100 | 32700 |
| 27550 | 29350 | 30825 | Regular Cab SLT | R(2/P)B | 34415 | 6023 | 27750 | 34575 |
| 30025 | 31850 | 33350 | Crew Cab Tradesman | R(2/P)(C/G) | 34210 | 6392 | 30025 | 37175 |
| 31800 | 33650 | 35175 | Crew Cab SLT | R(2/P)(D/H) | 38825 | 6438 | 31675 | 39050 |
| 38200 | 40100 | 41675 | Crew Cab Laramie | R(2/P)(E/J) | 44595 | 6482 | 37525 | 45725 |
| 40200 | 42125 | 43700 | Crew Cab Longhorn | R(2/P)(F/K) | 50055 | 6556 | 39350 | 47800 |
| 41000 | 42925 | 44500 | Crew Cab Limited | R(2/P)(F/K) | 54130 | 6556 | 40050 | 48600 |
| 34775 | 36650 | 38200 | Mega Cab SLT | R(2/P)L | 40025 | 6611 | 34400 | 42175 |
| 41175 | 43100 | 44700 | Mega Cab Laramie | R(2/P)M | 45795 | 6670 | 40250 | 48825 |
| 43175 | 45125 | 46725 | Mega Cab Longhorn | R(2/P)N | 51255 | 6787 | 42075 | 50875 |
| 43975 | 45925 | 47525 | Mega Cab Limited | R(2/P)N | 54805 | 6787 | 42775 | 51700 |
| 27475 | 29275 | 30750 | Reg Cab Tradesman (4WD) | R(3/R)A | 33275 | 6343 | 27675 | 34500 |
| 29250 | 31075 | 32575 | Regular Cab SLT (4WD) | R(3/R)B | 37185 | 6369 | 29325 | 36400 |
| 32750 | 34600 | 36125 | C-Cab Tradesman (4WD) | R(3/R)(C/G) | 37545 | 6626 | 32525 | 40025 |
| 34525 | 36400 | 37950 | Crew Cab SLT (4WD) | R(3/R)(D/H) | 41660 | 6703 | 34175 | 41900 |
| 40200 | 42125 | 43700 | Crew Cab Laramie (4WD) | R(3/R)(E/J) | 47830 | 6752 | 39350 | 47800 |
| 43475 | 45425 | 47025 | Crew Cab Longhorn (4WD) | R(3/R)(F/K) | 53090 | 6841 | 42325 | 51175 |
| 44200 | 46150 | 47750 | Crew Cab Limited (4WD) | R(3/R)(F/K) | 57165 | 6841 | 42975 | 51925 |
| 38100 | 40000 | 41575 | Mega Cab SLT (4WD) | R(3/R)L | 42860 | 6875 | 37425 | 45625 |
| 43975 | 45925 | 47525 | Mega Cab Laramie (4WD) | R(3/R)M | 49030 | 6969 | 42775 | 51700 |
| 46050 | 48025 | 49650 | Mega Cab Longhorn (4WD) | R(3/R)N | 54290 | 7077 | 44700 | 53850 |
| 46725 | 48700 | 50325 | Mega Cab Limited (4WD) | R(3/R)N | 57840 | 7077 | 45300 | 54550 |

**RAM PICKUP OPTIONS**

| Option | Trade-in/Loan | Retail |
|---|---|---|
| Add Bighorn/LoneStar Pkg. (SLT) | 650 | 725 |
| Add Ram Box Storage | 650 | 725 |
| Add 3.0L V6 T-Dsl Eng. (1500) | 2000 | 2225 |
| Add 6.4L V8 (2500 Ex. PwrWgn) | 1500 | 1675 |
| Add 6.7L I6 TD (Std. 3500) | 7000 | 7800 |
| Add A/A Wheels (SSV, Tradesman ex. Pwr Wgn, 2500/3500 SLT, 3500 Big Horn/Lone Star) | 450 | 500 |
| Add Air Suspension System (Std. 1500 Limited) | 800 | 900 |
| Add Certified Pre-Owned (1500) | | 1400 |
| Add Certified Pre-Owned (2500) | | 1650 |
| Add Certified Pre-Owned (3500) | | 2025 |

| Option | Trade-in/Loan | Retail |
|---|---|---|
| Add Leather (Std. Laramie, Longhorn, Limited) | 675 | 750 |
| Add Navigation System (Std. Longhorn, Limited) | 725 | 825 |
| Add Power Seat (SLT) | 325 | 375 |
| Add Power Sunroof | 675 | 750 |
| Ded 3.6L V6 Engine | 1200 | 1200 |
| Ded 5.7L V8 Engine (3500) | 7500 | 7500 |
| Ded 6.4L V8 Engine (3500) | 5800 | 5800 |
| Ded W/out Automatic Trans. | 800 | 800 |
| Ded W/out Dual Rear Whls (3500) | 500 | 500 |
| Ded W/out Power Door Locks | 200 | 200 |
| Ded W/out Power Windows | 225 | 225 |

**2013 JOURNEY-V6**     Mileage Class: II

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 10250 | 11475 | 12450 | Utility 4D SE (4 Cyl.) | DCAB | 18995 | 3818 | 11225 | 15150 |
| 10575 | 11800 | 12800 | Utility 4D SXT (4 Cyl.) | DCBB | 22995 | 3818 | 11525 | 15525 |
| 11100 | 12350 | 13350 | Utility 4D SXT | DCBG | 24595 | 4054 | 12025 | 16125 |
| 12375 | 13650 | 14675 | Utility 4D Crew | DCDG | 27995 | 4054 | 13225 | 17500 |
| 14475 | 15800 | 16875 | Utility 4D R/T | DCEG | 28995 | 4054 | 15200 | 19800 |
| 11900 | 13150 | 14175 | Utility 4D SXT (AWD) | DDBG | 26395 | 4238 | 12775 | 17000 |
| 14225 | 15550 | 16625 | Utility 4D Crew (AWD) | DDDG | 29795 | 4238 | 14975 | 19550 |
| 15150 | 16500 | 17575 | Utility 4D R/T (AWD) | DDEG | 30795 | 4238 | 15825 | 20550 |

| Option | Trade-in/Loan | Retail |
|---|---|---|
| Add Aluminum/Alloy Wheels (SE) | 375 | 425 |
| Add Certified Pre-Owned | | 950 |
| Add Infinity Stereo (Std. R/T) | 350 | 400 |
| Add Leather Seats (Std. R/T) | 575 | 650 |
| Add Navigation System | 600 | 675 |

| Option | Trade-in/Loan | Retail |
|---|---|---|
| Add Power Sunroof | 600 | 675 |
| Add Pwr Seat (Std. Crew, R/T) | 275 | 325 |
| Add Rear Entertainment System | 650 | 725 |
| Ded W/out 3rd Row Seat | 350 | 350 |
| Ded W/out Rear Air Conditioning | 350 | 350 |

**2013 CARAVAN-V6**     Mileage Class: II

| Rough Trade-in | Average Trade-in | Clean Trade-in | Body Type | Model Number | MSRP | Weight | Clean Loan | Clean Retail |
|---|---|---|---|---|---|---|---|---|
| 8350 | 9500 | 10425 | Ram Cargo Van | RGA | 22465 | 4510 | 9400 | 13125 |
| 10325 | 11550 | 12525 | Grand Caravan SE | DGB | 19995 | 4510 | 11275 | 15375 |
| 10950 | 12175 | 13175 | Grand Caravan SXT | DGC | 26495 | 4510 | 11875 | 16100 |
| 11750 | 13000 | 14025 | Grand Caravan Crew | DGD | 28495 | 4510 | 12625 | 16975 |

APR 2016 H

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| RASHIMA SOPHIA JOSEPH | : CASE NO. 17-57345-BEM |
| Debtor. | : |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | : |
| Movant, | : |
| v. | : CONTESTED MATTER |
| RASHIMA SOPHIA JOSEPH, Debtor; and MARY IDA TOWNSON, Trustee, | : |
| Respondents. | : |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Rashima Sophia Joseph
220 Bammel Westfield Road, Room 303
Houston, TX 77090

Karen King
215 Pryor Street
Atlanta, GA 30303

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street NE
Suite 2200
Atlanta, GA 30303

    This June 6, 2017.

                      The Law Office of
                      LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                      Attorneys for Movant


                      By:  /s/Philip L. Rubin
                            Philip L. Rubin
                            Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com