```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

IN RE: RASHIMA SOPHIA JOSEPH,       {   CHAPTER 13
                                    {
                                    {
     DEBTOR(S)                      {   CASE NO. A17-57345-BEM
                                    {
                                    {   JUDGE ELLIS-MONRO


**OBJECTION TO CONFIRMATION**

   COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

   1. The Debtor(s) has failed to attend the 11 U.S.C. Section 341 hearing.

   2. The Debtor(s)' payments under the proposed plan are not current.

   3. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

   WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's (s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

   June 13, 2017


                                    _____/s/_____
                                    K. Edward Safir, Attorney
                                    for Chapter 13 Trustee
                                    GA Bar No. 622149



Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com

A17-57345-BEM

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served

DEBTOR(S):

RASHIMA SOPHIA JOSEPH
220 BAMMEL WESTFIELD ROAD, ROOM 303
HOUSTON, TX 77090

ATTORNEY FOR DEBTOR(S):

KING & KING LAW LLC
215 PRYOR STREET
ATLANTA, GA 30303

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 13th day of June 2017


           /s/
K. Edward Safir, Attorney
for Chapter 13 Trustee
GA Bar No. 622149




Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, GA  30303-1740
(404) 525-1110
eds@atlch13tt.com